**Nicholas F. Aldrich, Jr.,** OSB #160306
Email: naldrich@schwabe.com
**Thomas M. Triplett**, OSB #651256
Email: ttriplett@schwabe.com
**Angela E. Addae**, OSB # 163335
Email: aaddae@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff Soul'd Out Productions, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SOUL'D OUT PRODUCTIONS, LLC,**  an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**ANSCHUTZ ENTERTAINMENT GROUP, INC.** (a Colorado corporation); **THE ANSCHUTZ CORPORATION** (a Delaware corporation); **GOLDENVOICE, LLC** (a California company); **AEG PRESENTS, LLC** (a Delaware company); **COACHELLA MUSIC FESTIVAL, LLC** (a Delaware company),<br><br>Defendants. | Case No.3:18-cv-00598<br><br>**SOUL'D OUT PRODUCTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Soul'd Out Productions, LLC states that it does not have a parent corporation, and there is no publicly held corporation that owns more than 10 percent or more of its privately held stock.

Page 1 -   SOUL'D OUT PRODUCTIONS, LLC'S CORPORATE
           DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Dated this 9th day of April, 2018.

        Respectfully submitted,

        SCHWABE, WILLIAMSON & WYATT, P.C.

        By: *s/ Nicholas F. Aldrich*
           Nicholas F. Aldrich, Jr., OSB #160306
           Email: naldrich@schwabe.com
           Thomas M. Triplett, OSB # 651256
           Email:  ttriplett@schwabe.com
           Angela E. Addae, OSB # 163335
           Email:  aaddae@schwabe.com
           Telephone: 503.222.9981
           Facsimile: 503.796.2900

        *Of Attorneys for Plaintiff*
        *Soul'd Out Productions, LLC*

Page 2 -   SOUL'D OUT PRODUCTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900