IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SOUL'D OUT PRODUCTIONS, LLC**,

             Plaintiff,                      No. 3:18-cv-00598-MO

      v.                                 JUDGMENT

**ANSCHUTZ ENTERTAINMENT
GROUP, INC.; THE ANSCHUTZ
CORPORATION; GOLDENVOICE,
LLC; AEG PRESENTS, LLC; and
COACHELLA MUSIC FESTIVAL,
LLC**,

             Defendants.

**MOSMAN, J.**,

      Based upon the Order of the Court [45] and Plaintiff's Notice [46] that it will not file a

third amended complaint, it is ordered and adjudged that Plaintiff's Second Amended Complaint

[26] is DISMISSED with prejudice.

      DATED this  17th day of April, 2019.

                                     *Michael W. Mosman*
                                       MICHAEL W. MOSMAN
                                       Chief United States District Judge