**Nika Aldrich,** OSB #160306
Email: naldrich@schwabe.com
**Kathryn Kelly**, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Plaintiff*

**Casey M. Nokes**, OSB No. 076641
cnokes@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

**Justin W. Bernick** (*Pro Hac Vice*)
justin.bernick@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600 Telephone
(202) 637-5910 Facsimile

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **SOUL'D OUT PRODUCTIONS, LLC,**<br><br>        Plaintiff,<br><br>    v.<br><br>**ANSCHUTZ ENTERTAINMENT GROUP, INC., et al.,**<br><br>        Defendants. | Case No.  3:18-cv-00598-MO<br><br>**JOINT STATUS REPORT** |

Page 1 -    JOINT STATUS REPORT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

Plaintiff Soul'd Out Productions, LLC ("Soul'd Out") and Defendants Anshutz Entertainment Group, Inc., The Anschutz Corporation, Goldenvoice, LLC, AEG Presents, LLC, and Coachella Music Festival, LLC (collectively "Defendants") hereby submit the following Joint Status Report.

The Parties participated in a settlement conference with Magistrate Judge Beckerman on October 26, 2020.  (*See* ECF 70.)  A settlement agreement is in the process of being finalized. The Parties expect that the settlement agreement will be executed within the next week, and that the case will be dismissed shortly thereafter, pursuant to the terms of the agreement.

Dated November 6, 2020.

Respectfully submitted,

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C. | CABLE HUSTON LLP |
| By: *s/ Nika Aldrich* <br> Nika Aldrich, OSB #160306 <br> Email: naldrich@schwabe.com <br> Kathryn Kelly, OSB #175162 <br> Email: kkelly@schwabe.com <br> Telephone: 503-222-9981 <br> Facsimile: 503-796-2900 <br><br> *Attorneys for Plaintiff* | By: *s/ Justin W. Bernick*   (by permission) <br> Casey M. Nokes, OSB No. 076641 <br> cnokes@cablehuston.com <br> 1455 SW Broadway, Suite 1500 <br> Portland, OR 97201-3412 <br> (503) 224-3092 Telephone <br> (503) 224-3176 Facsimile <br><br> Justin W. Bernick (*Pro Hac Vice*) <br> justin.bernick@hoganlovells.com <br> HOGAN LOVELLS US LLP <br> 555 Thirteenth Street, NW <br> Washington, DC 20004 <br> (202) 637-5600 Telephone <br> (202) 637-5910 Facsimile <br><br> *Attorneys for Defendants* |

Page 2 -    JOINT STATUS REPORT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900