Nika Aldrich, OSB #160306
Email: naldrich@schwabe.com
Kathryn Kelly, OSB #175162
Email: kkelly@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Plaintiff*

Case M. Nokes, OSB No. 076641
cnokes@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

Justin W. Bernick (*Pro Hac Vice*)
justin.bernick@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600 Telephone
(202) 637-5910 Facsimile

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **SOUL'D OUT PRODUCTIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ANSCHUTZ ENTERTAINMENT GROUP, INC., et al.,**<br><br>Defendants. | Case No. 3:18-cv-00598-MO<br><br>**STIPULATION OF DISMISSAL** |

By agreement of the parties, the above-captioned matter is dismissed with prejudice, no interest, no costs and each party to bear its own attorneys' fees.

Dated November 20, 2020.

Respectfully submitted,

| | |
|---|---|
| SOUL'D OUT PRODUCTIONS, LLC | ANSCHUTZ ENTERTAINMENT GROUP, INC., et al., |
| By its attorneys, | By its attorneys, |
| *s/ Nika Aldrich* | *s/ Justin W. Bernick* (by permission) |
| Nika Aldrich, OSB #160306<br>Email: naldrich@schwabe.com<br>SCHWABE, WILLIAMSON, & WYATT, P.C.<br>1211 SW 5th Avenue, Suite 1900<br>Portland, OR 97204<br>Telephone: 503-222-9981<br>Facsimile: 503-796-2900 | Case M. Nokes, OSB No. 076641<br>cnokes@cablehuston.com<br>CABLE HUSTON LLP<br>1455 SW Broadway, Suite 1500<br>Portland, OR 97201-3412<br>(503) 224-3092 Telephone<br>(503) 224-3176 Facsimile<br><br>Justin W. Bernick (*Pro Hac Vice*)<br>justin.bernick@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>(202) 637-5600 Telephone<br>(202) 637-5910 Facsimile |

SO ORDERED THIS 23 DAY OF NOVEMBER, 2020.

_____
Michael W. Mosman
United States District Judge

Page 2 -    STIPULATION OF DISMISSAL